IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: October 28, 2011 |
| vs. | : | |
| | : | |
| IRA J. PRESSMAN | : | |
| 67221-066 | : | |
| FDC Philadelphia, Box 562 | : | |
| Philadelphia, PA 19106 | : | Criminal No. 11-319 |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** (second part of sentencing; resumed from 11/9/11 sentencing hearing), in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Wednesday, December 21, 2011 at 10:00 a.m.** before the Honorable Jan E. DuBois in Courtroom 12-B, 12th floor.

**All defendants who are on bail shall report to the Courtroom on the date and time specified above. If a defendant fails to appear as directed, his bail may be revoked, and a bench warrant issued.**

At least one (1) week before sentencing, the parties shall file and serve sentencing memoranda which set forth any legal authority upon which they will rely at sentencing. Any downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least one (1) week before sentencing. Motions other than downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least two (2) weeks before sentencing. Responses to any such motions shall be filed and served at least one (1) week before sentencing. One (1) copy of each sentencing memorandum and each motion and response shall be served on the Court (Chambers, Room 12613) and the United States Probation Officer when the original is filed.

Very truly yours,

/s/ George Wylesol
George Wylesol,
Deputy Clerk to Judge DuBois

Notice to:  Defendant (U.S. Mail)
John McMahon, Jr., Esq. (Email)
Louis Lappen, A.U.S.A. (Email)
U.S. Marshal (Email)
Mark Hassinger, Probation Office(Email)
Pretrial Services (Email)
Larry Bowman (Email)

**[] INTERPRETER REQUIRED**
**This proceeding has been rescheduled from:**